162 F.3d 1151
 Lebel Realty, Inc., Richard P. Lebel, Lebel Development Corp.
v.
Township of Mahwah, Mayor and Council of Township of Mahwah,
Planning Board of Township of Mahwah, Environmental
Commission of Township of Mahwah, Azzolina & Feury
Engineering Company, Frank Kraus, Pete Costello, Thomas
Palmer, Ted Kownacki, John Doe, 1-20, Names of last 20
Defendants being fictitious, True Names of said Defendants
being unknown to Plaintiffs, Individuals
 NOS. 97-5592, 97-5677, 97-5664,
 97-5670
 United States Court of Appeals,
 Third Circuit.
 June 17, 1998
 Appeal From: D.N.J. ,No.92cv04809
 
 1
 Affirmed.